

# Fourth Court of Appeals
## San Antonio, Texas

May 14, 2025

No. 04-24-00544-CV

**IN RE** Laura L. **HITA**

Original Proceeding[1]

**ORDER**

Sitting:     Irene Rios, Justice
              Lori I. Valenzuela, Justice
              Adrian A. Spears, II, Justice

On August 15, 2024, relator filed a petition for writ of mandamus. The real party in interest filed a response on September 9, 2024. We conditionally grant the petition for writ of mandamus and order the trial court to, within fifteen days of this order, (1) vacate the August 14, 2024 order directing that the children be enrolled in schools outside of their district of residence, and (2) file a copy of the written order in this court. *See* Tex. R. App. P. 52.8(c). The writ will issue only in the event we are informed the trial court has failed to comply with this order.

It is so **ORDERED** on May 14, 2025.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2025.

_____
Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2019-CI-00334, styled *In the Interest of M.D.O., A.J.O. J.D.O., and L.F.O., Children*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.